```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              SOUTHERN DIVISION at PIKEVILLE
```

| | |
|---|---|
| AMY CASHMER, ) | |
| ) | |
| Plaintiff, ) | Civil No. 7:21-13-JMH |
| ) | |
| V. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | **MEMORANDUM ORDER** |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on the Commissioner's unopposed motion to remand this case to the Social Security Administration for further proceedings. (DE 17). Sentence four of 42 U.S.C. § 405(g) provides that the Court may, upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing and a new decision. The plaintiff does not oppose this request. (*Id.*, ¶ 3). Therefore, the Court, having reviewed the record and being adequately advised,

IT IS ORDERED as follows:

1. The Commissioner's unopposed motion to remand (DE 17) is GRANTED

2. Plaintiff's motion for summary judgment (DE 13) is DENIED as moot.

3. A corresponding judgment shall be entered by separate Order.

This the 2nd day of December, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge