```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                   SOUTHERN DIVISION at PIKEVILLE
```

AMY CASHMER,                       )
                                   )
   Plaintiff,                      )      Civil No. 7:21-13-JMH
                                   )
V.                                 )
                                   )
KILOLO KIJAKAZI,                   )          **JUDGMENT**
ACTING COMMISSIONER                )
OF SOCIAL SECURITY,                )
                                   )
   Defendant.                      )

                    **       **       **       **       **

In compliance with Rule 58 of the Federal Rules of Civil Procedure, and in accordance with *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993),

IT IS ORDERED AND ADJUDGED that:

(1) the agency's decision is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g);

(2) Plaintiff's motion for summary judgment (13) is DENIED as moot;

(3) Defendant's motion to remand (17) is GRANTED; and

(4) this matter is DISMISSED and STRICKEN from the Court's active docket.

This the 2nd day of December, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge